**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

LUIS RAMIREZ                                                                                      PLAINTIFF
REG #26101-208

V.                                              NO: 2:14CV00121 JM/JWC

USA                                                                                                    DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge James

M. Moody Jr.  Any party may serve and file written objections to this recommendation.  Objections

should be specific and should include the factual or legal basis for the objection.  Your objections

must be received in the office of the United States District Court Clerk no later than fourteen (14)

days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

**DISPOSITION**

Plaintiff Luis Ramirez, who was formerly held at the Federal Correctional Institution in

Forrest City, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on October 7, 2014.  After mail

sent to Plaintiff's address of record was returned, the Court entered an order directing him to provide

his current address (docket entry #19).  The Court learned that Plaintiff may have been transferred

1

to a facility in Mississippi, and, on April 21, 2015, entered another order directing Plaintiff to notify the Court whether he wished to proceed with his case (docket entry #21).  That order was sent to Plaintiff at the Mississippi facility as well as his address of record, and also warned Plaintiff that his failure to comply within 30 days would result in the recommended dismissal of his complaint.  More than 30 days have passed, and Plaintiff has not responded to the order.  Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

3.      All pending motions be DENIED AS MOOT.

DATED this 28th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE