**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

LUIS RAMIREZ                                                                                                    PLAINTIFF
REG #26101-208

V.                                          NO: 2:14CV00121 JM

USA                                                                                                              DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED 17th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE